IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MEEKS, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY.<br><br>Defendant. | Case No. 1:23-cv-16425<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Beth W. Jantz |

## JOINT STATUS REPORT

Pursuant to the Court's May 16, 2024 Order (ECF No. 24), Plaintiff Robert Meeks ("Plaintiff") and Defendant Norfolk Southern Railway Company, ("Defendant"), by and through their respective undersigned counsel, submit this joint status report:

1. **Current Status of Discovery**

The parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on March 20, 2024. The parties are exploring resolution of the case, including the possibility of settlement of Plaintiff's claims. In an effort to limit litigation costs during such discussions, the parties have informally exchanged documentary evidence in lieu of propounding written discovery requests. Should settlement efforts fail, the parties will proceed with formal written discovery. The parties are not currently aware of any discovery disputes that will require the Court's involvement.

1

**2.      Prospects for Settlement**

The parties are presently discussing settlement. The parties do not believe that referral for a settlement conference is required at this time.

**3.      Need for Status Hearing**

The parties do not require a status hearing at this time.

Date:   July 25, 2024

By:   /s/Kyle D. McLean

Kyle D. McLean
IL ARDC #: 6344126
kmclean@sirillp.com
David J. DiSabato
*(pro hac vice to be filed)*
ddisabato@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (646) 837-7150

Edward A. Wallace
eaw@wallacemiller.com
Mark R. Miller
mrm@wallacemiller.com
Molly C. Wells
mcm@wallacemiller.com
**WALLACE MILLER**
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
Tel: (312) 261-6193


*Counsel for Plaintiff*

By:   /s/ Becky L. Kalas

Craig R. Thorstenson
IL ARDC #: 6198153
cthorstenson@fordharrison.com
Becky L. Kalas
IL ARDC #: 6279983
bkalas@fordharrison.com
**FORDHARRISON LLP**
180 North Stetson Avenue, Suite 1660
Chicago, Il 60601
(312) 332-0777 – Telephone
(312) 332-6130 – Facsimile

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

*/s/Kyle D. McLean*
