# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT MEEKS, individually and on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>   Defendant. | Case No. 1:23-cv-16425<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Beth W. Jantz |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Robert Meeks ("Plaintiff") and Defendant Norfolk Southern Railway Company ("Defendant") (together, "the Parties"), hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice without costs to either party.

Date:   August 12, 2024

By:   /s/Kyle D. McLean

David J. DiSabato
Kyle D. McLean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151-0099
Tel: (212) 532-1091
*ddisabato@sirillp.com*
*kmclean@sirillp.com*

Edward A. Wallace
Mark R. Miller
Molly C. Wells
**WALLACE MILLER**

By:   /s/ Becky L. Kalas

Craig R. Thorstenson
IL ARDC #: 6198153
cthorstenson@fordharrison.com
Becky L. Kalas
IL ARDC #: 6279983
bkalas@fordharrison.com
**FORDHARRISON LLP**
180 North Stetson Avenue, Suite 1660
Chicago, Il 60601
(312) 332-0777 – Telephone
(312) 332-6130 – Facsimile

*Counsel for Defendant*

150 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: (312) 261-6193
*eaw@wallacemiller.com*
*mrm@wallacemiller.com*
*mrm@wallacemiller.com*

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on August 12, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

                                                            */s/Kyle D. McLean*